# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2492
LT Case No. 2000-CF-000859

_____

JOHNNY BURGESS,

Appellant,

v.

DEPARTMENT OF CORRECTIONS
and STATE OF FLORIDA,

Appellees.

_____

On appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Johnny Burgess, Live Oak, pro se.

Richard M. Cloninger, Assistant General Counsel,
Tallahassee, for Appellee, Department of Corrections.

No appearance for Appellee, State of Florida.

November 7, 2023

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____